Amilcar Nicolas CALDERON–LOPEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 09–3980.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 22, 2010.

Filed: Sept. 30, 2010.

Jerre William Moreland, South Sioux City, NE, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Andrew Oliveira, U.S. Department of Justice, Washington, DC, for Respondent.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Guatemalan citizen Amilcar Nicolas Calderon–Lopez petitions for review of an order of the Board of Immigration Appeals (BIA) denying his May 2009 motion to reconsider a prior decision. We conclude that the BIA acted within its discretion. *See Kipkemboi v. Holder,* 587 F.3d 885, 890–91 (8th Cir.2009) (standard of review). Accordingly, we deny the petition for review.